[Nos. 17532-1-II; 17533-9-II.  Division Two.  November 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v.
NATHANIAL LEROY HART, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, Nos. 93-1-00403-3 and 93-1-00368-1, James Warme, J., entered September 2, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 17776-5-II.  Division Two.  November 6, 1995.]

*In the Matter of* CODY M. RISMOEN.

THE STATE OF WASHINGTON, *Respondent*, v. CODY M.
RISMOEN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-8-00020-6, David Hallin, J. Pro Tem., entered November 13, 1993. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Morgan, J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 31738-5-I.  Division One.  November 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE L.
LAWRENCE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03057-4, Arthur E. Piehler, J., entered November 2, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Ellington, J.

[No. 31768-7-I.  Division One.  November 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS
ALBERT JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-06798-5, Arthur E. Piehler, J., entered November 10, 1992. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.